IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARGILL, INCORPORATED AND INTERNATIONAL FLORA TECHNOLOGIES LTD., <br><br> Plaintiffs, <br><br> v. <br><br> VANTAGE SPECIALTY CHEMICALS INC., <br><br> Defendant. | C.A. No. 22-979 (JLH) |

## [PROPOSED] STIPULATION AND ORDER OF DISMISSAL

Plaintiffs Cargill, Incorporated and International Flora Technologies, LTD ("Cargill") and Defendant Vantage Specialty Chemicals, Inc. ("Vantage") hereby agree and stipulate to the following Order of Dismissal With Prejudice.

WHEREAS, on July 6, 2022, Cargill filed a lawsuit against Vantage in the United States District Court for the District of Delaware, C.A. No. 22-979 (the "Litigation"), alleging Vantage infringed U.S. Patent No. 11,248,245 ('245 Patent);

WHEREAS, Cargill has issued Patents and pending applications in the '245 Patent family that it contends Vantage is infringing, and has put Vantage on notice of same;

WHEREAS, Vantage denies infringement; and

WHEREAS, Cargill and Vantage (the "Parties"), having privately executed a written settlement agreement on June 26, 2025, have agreed and do agree as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the agreement of the parties, all claims and counterclaims in this action are dismissed with prejudice.

2. This Court has, and shall retain, jurisdiction over the Parties to enforce the aforementioned written settlement agreement.

3. Cargill and Vantage waive any right to appeal this Order of Dismissal.

4. Each Party is to bear its own attorneys' fees and costs up to the date of the dismissal of the Litigation.

NOW, THEREFORE, based on this stipulation and subject to its retention of jurisdiction over the Parties to enforce the aforementioned written settlement agreement, the Court hereby ORDERS the above-captioned case is dismissed.

| | |
|---|---|
| FISH & RICHARDSON P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Robert M. Oakes* | */s/ Rodger D. Smith II* |
| Robert M. Oakes (#5217) | Rodger D. Smith II (#3778) |
| Ryan McKay (#7301) | Travis J. Murray (#6882) |
| 222 Delaware Avenue, 17th Floor | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 652-5070 | Wilmington, DE 19899 |
| oakes@fr.com | (302) 658-9200 |
| mckay@fr.com | rsmith@morrisnichols.com |
| | tmurray@morrisnichols.com |
| *Attorneys for Plaintiffs Cargill, Incorporated and International Flora Technologies Ltd.* | *Attorneys for Defendant Vantage Specialty Chemicals, Inc.* |

SO ORDERED this 18th day of August 2025.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE

2